UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-3840**

Case Title: **United States** vs. **Alexander Sittenfeld**

List all clients you represent in this appeal:

> Russell Capone; Steven G. Glickman; Mark A. Godsey; Andrew Goldstein; Jonathan Kravis; Jessie K. Liu; William M. McSwain; Ryan Patrick; Nathan Reilly; Jeannie S. Rhee; Daniel A. Schwager; Michael R. Sherwin; R. Trent Shores; Justin Shur; Carter M. Stewart; Douglas S. Zolkind

- ☐ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☒ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **David A. O'Neil**   Signature: s/ **David A. O'Neil**

Firm Name: **Debevoise & Plimpton LLP**

Business Address: **801 Pennsylvania Avenue N.W.**

City/State/Zip: **Washington, D.C. 20004**

Telephone Number (Area Code): **(202) 383-8000**

Email Address: **daoneil@debevoise.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17