UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-3840**

Case Title: **United States** vs. **Alexander Sittenfeld**

List all clients you represent in this appeal:

> **Participants in the local, state, and federal political process, including, Tony Alexander; Christopher Altchek; Robert A. Axelrod; Jean-François Flechet; Dan Fleming; Alexander Heiman; David Hoguet; Dr. Jonathan Isaacsohn; John LaMacchia; Timothy Maloney; Michael D. McCurry; Sharon Janosik Mitchell; Jay Morelock; Anne Morris; Jennie Rosenthal; Jack Rouse; Jesse Safir; Chris Sommers; Jacob Warm; and Josh Woodward.**

- ☐ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☑ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Patrick F. Linehan**   Signature: s/ **Patrick F. Linehan**

Firm Name: **Steptoe LLP**

Business Address: **1330 Connecticut Ave, NW**

City/State/Zip: **Washington, D.C. 20036**

Telephone Number (Area Code): **202-429-3000**

Email Address: **plinehan@steptoe.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---