No. 23-3840

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,
*Appellee*,
v.
ALEXANDER SITTENFELD,
a/k/a "P.G." Sittenfeld,
*Defendant-Appellant.*

On Appeal from the United States District Court
for the Southern District of Ohio (Western Division) (Cole, J.)
District Court Case No. 1:20-cr-142

**MOTION TO WITHDRAW AS COUNSEL**

Ryan M. Proctor hereby moves to withdraw as counsel for Appellant Alexander Sittenfeld. Mr. Proctor will be leaving the private practice of law on July 26, 2024, and so will not be able to continue representing Mr. Sittenfeld. Yaakov Roth, James Burnham, and Harry Graver will continue to represent Mr. Sittenfeld.

Date: July 25, 2024

Respectfully submitted,

*/s/ Ryan M. Proctor*
Ryan M. Proctor
JONES DAY
51 Louisiana Ave. N.W.
Washington, DC 20001
(202) 879-3421
rproctor@jonesday.com

*Counsel for Defendant-Appellant Alexander Sittenfeld*

# CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume and typeface requirements of Federal Rule of Appellate Procedure 27, because it is 51 words in length, has been prepared in proportionally spaced typeface using Microsoft Word 2016 in 14-point Garamond font, and otherwise satisfies Federal Rule of Appellate Procedure 27(d)(1).

July 25, 2024 /s/ *Ryan M. Proctor*
Ryan M. Proctor

**CERTIFICATE OF SERVICE**

I hereby certify that July 25, 2024, I electronically filed the original of the foregoing motion with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

*/s/ Ryan M. Proctor*
Ryan M. Proctor