No. 23-3840

───────────────────

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

───────────────────

UNITED STATES OF AMERICA,
*Appellee*,
v.
ALEXANDER SITTENFELD,
a/k/a "P.G." Sittenfeld,
*Defendant-Appellant.*

───────────────────

On Appeal from the United States District Court
for the Southern District of Ohio (Western Division) (Cole, J.)
District Court Case No. 1:20-cr-142

───────────────────

**MOTION TO WITHDRAW AS COUNSEL**

James M. Burnham hereby moves to withdraw as counsel for Appellant Alexander Sittenfeld. Mr. Burnham has ended his representation in this matter as part of transitioning to a new position. Yaakov Roth and Harry Graver will continue to represent Mr. Sittenfeld.

1

Date: January 16, 2025

Respectfully submitted,

*/s/ James M. Burnham*
KING STREET LEGAL, PLLC
800 Connecticut Ave., NW
Suite 300
Washington, DC 20006
(602) 501-5469
james@kingstlegal.com

*Counsel for Defendant-Appellant Alexander Sittenfeld*

# CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume and typeface requirements of Federal Rule of Appellate Procedure 27, because it is 41 words in length, has been prepared in proportionally spaced typeface using Microsoft Word 2016 in 14-point Garamond font, and otherwise satisfies Federal Rule of Appellate Procedure 27(d)(1).

January 16, 2025 /s/ *James M. Burnham*
James M. Burnham

**CERTIFICATE OF SERVICE**

I hereby certify that January 16, 2025, I electronically filed the original of the foregoing motion with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

>*/s/ James M. Burnham*
>James M. Burnham