Case No. 23-3840

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ALEXANDER SITTENFELD, aka P.G. Sittenfeld

    Defendant - Appellant

Upon consideration of the motion of James M. Burnham to withdraw as counsel for the appellant,

It is **ORDERED** that the motion be and it hereby is **GRANTED**.
.

    **ENTERED PURSUANT TO RULE 45(a),**
    **RULES OF THE SIXTH CIRCUIT**
    Kelly L. Stephens, Clerk

Issued: January 16, 2025