Case No. 23-3840

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

ALEXANDER SITTENFELD, aka P.G. Sittenfeld

      Defendant - Appellant


Upon consideration of the motion of Harry Graver to withdraw as counsel for the appellant,

It is **ORDERED** that the motion be and it hereby is **GRANTED**.

      **ENTERED PURSUANT TO RULE 45(a),**
      **RULES OF THE SIXTH CIRCUIT**
      Kelly L. Stephens, Clerk

Issued:  January 21, 2025