UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-3840**

Case Title: **United States** vs. **ALEXANDER SITTENFELD**

List all clients you represent in this appeal:

**ALEXANDER (P.G.) SITTENFELD**

☑ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Justin E. Herdman**   Signature: s/ **Justin E. Herdman**

Firm Name: **Jones Day**

Business Address: **901 Lakeside Avenue**

City/State/Zip: **Cleveland, OH 44114**

Telephone Number (Area Code): **(216) 586-7113**

Email Address: **jherdman@jonesday.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

6ca-68
8/17