No. 23-3840

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,
*Appellee*,
v.
ALEXANDER SITTENFELD,
a/k/a "P.G." Sittenfeld,
*Defendant-Appellant.*

On Appeal from the United States District Court
for the Southern District of Ohio (Western Division) (Cole, J.)
District Court Case No. 1:20-cr-142

## MOTION TO WITHDRAW AS COUNSEL

Yaakov Roth hereby moves to withdraw as counsel for Appellant Alexander Sittenfeld. Mr. Roth is soon leaving Jones Day and the private practice of law. James Saywell and Justin Herdman will continue to represent Mr. Sittenfeld, and Mr. Saywell will be counsel of record.

Date: February 20, 2025

Respectfully submitted,

*/s/ Yaakov M. Roth*
Yaakov M. Roth
JONES DAY
51 Louisiana Ave. N.W.
Washington, DC 20001
(202) 879-3939
yroth@jonesday.com

*Counsel for Defendant-Appellant Alexander Sittenfeld*

1

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume and typeface requirements of Federal Rule of Appellate Procedure 27, because it is 44 words in length, has been prepared in proportionally spaced typeface using Microsoft Word 2016 in 14-point Garamond font, and otherwise satisfies Federal Rule of Appellate Procedure 27(d)(1).

February 20, 2025 /s/ *Yaakov M. Roth*
Yaakov M. Roth

**CERTIFICATE OF SERVICE**

I hereby certify that February 20, 2025, I electronically filed the original of the foregoing motion with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

*/s/ Yaakov M. Roth*
Yaakov M. Roth