Case No. 23-3840

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff-Appellee, | ) |
| v. | ) ORDER |
| ALEXANDER SITTENFELD, aka P.G. Sittenfeld, | ) |
| Defendant-Appellant. | ) |

**BEFORE: BUSH, NALBANDIAN, MURPHY, CIRCUIT JUDGES.**

**PER CURIAM.** Defendant-Appellant Alexander "P.G." Sittenfeld moves for continued release under 18 U.S.C. § 3143(b) pending the disposition of his petition for certiorari and that we stay the mandate. **D. 78;** Fed. R. App. P. 41(d)(1). For the reasons we described in our original order granting release pending appeal, we **GRANT** Sittenfeld's motion for continued release pending petition for a writ of certiorari. *United States v. Sittenfeld*, No. 23-3840, 2024 WL 3025509 (6th Cir. 2024) (per curiam) (order). We also **GRANT** the motion to stay the mandate, pending the filing and disposition of a petition for a writ of certiorari. **D. 78.**

Sittenfeld shall continue to be released under the same conditions of release that the district court previously imposed. *See* R. 10, Order Setting Conditions of Release, pp.1–5, PageID 53–57.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

*Kelly L. Stephens*
_____
Kelly L. Stephens, Clerk

1